# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2136

_____

| | | |
|---|---|---|
| Henrietta S. Westbrook, | * | |
| | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Kenneth S. Apfel, Commissioner of | * | |
| Social Security, | * | [UNPUBLISHED] |
| | * | |
| Defendant - Appellee. | * | |

_____

Submitted:  December 18, 1998

Filed:  February 2, 1999

_____

Before WOLLMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.


Henrietta S. Westbrook applied for Social Security Supplemental Security Income benefits, claiming she is disabled by bronchitis, heart disease, an arthritic hip, and chronic pain.  After a hearing, the administrative law judge denied her application, finding that Westbrook, who was 48 years old at the time, has severe impairments that would probably prevent her from performing her prior jobs, but has the residual functional capacity to perform a wide range of at least sedentary jobs.  Westbrook then filed this action seeking judicial review of the Commissioner's final decision.  The

district court[1] in a thorough opinion concluded the ALJ's determination is supported by substantial evidence in the administrative record and granted summary judgment in favor of the Commissioner.

Westbrook appeals, arguing the ALJ failed to consider her hip problem in combination with her other impairments, failed to properly evaluate her non-exertional pain limitations, made an unfounded assessment of her credibility, posed inadequate hypothetical questions to the vocational expert regarding her residual functional capacity, and made improper judgments on medical issues. After careful review of the administrative record, we affirm for the reasons stated by the district court. See 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE CATHERINE D. PERRY, United States District Judge for the Eastern District of Missouri.